# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-3159
_____

Bryan Gall

*Plaintiff - Appellant*

v.

Kelly Ehrisman; Chad Shover

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids
_____

Submitted: August 5, 2024
Filed: September 5, 2024
[Unpublished]
_____

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Bryan Gall appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After a careful review, we conclude that the district

_____

[1]The Honorable C.J. Williams, Chief Judge, United States District Court for the Northern District of Iowa.

court did not err in granting judgment for the defendants.  <u>See</u> <u>Johnson v. Blaukat</u>, 453 F.3d 1108, 1112 (8th Cir. 2006) (de novo review).  Accordingly, we deny Gall's pending motion and affirm.  <u>See</u> 8th Cir. R. 47B.

_____